# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO.: 2:06-bk-00453 |
| | ) | |
| United Energy Coal, Inc. | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

## DECLARATION IN LIEU OF AFFIDAVIT
### Regarding Request to be Added to the Mailing Matrix

I am the Attorney for Ameriserv Financial, a creditor in the above captioned bankruptcy case, and I am authorized by this creditor to make this request for notices. The new address should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that this request for notices replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the above named creditor, and:

**Please check the appropriate box**

☒     that there are no other requests to receive notice by or on behalf of this creditor, or
☐     that the following prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    06/19/06    .

                                                                         Daniel J. Birsic, Esquire
                                                                         Joseph Fidler, Esquire_____
                                                                         Attorney for Creditor

                                                                         /s/ Joseph A. Fidler_____

**Direct Notices To:**                                Signature of Attorney for Creditor
Ameriserv Financial Bank
c/o Joseph A. Fidler, Esquire                     #48450
One Gateway Center, 9th Floor                 #87325_____
Pittsburgh, PA 15222                              Attorneys' PA ID Nos.
412-281-7650