IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **UNITED ENERGY COAL, INC.** | ) | Case No. 06-00453 |
| | ) | |
| Debtor. | ) | Honorable Patrick M. Flatley |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that James R. Christie, Esq. hereby:

1. Enters his appearance in the within matter pursuant to 11 U.S.C. Section 10 *et seq.* (the "Bankruptcy Code") and Fed.R.Bankr.P. 9010 (b) on behalf of Gerald W. Ramsburg and Charles R. Howdershelt (collectively, the "Creditor"); and,

2. Pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, and Sections 342 and 1109(b) of the Bankruptcy Code, requests (i) that he be placed on the matrix and/or service list and be served with copies of all orders, pleadings, notices and papers filed herein, and (ii) that all notices, whether written or oral (including but not limited to telephone notice of hearings to obtain emergency relief) given or required to be given and all papers served or required to be served in this case be given or served upon him as follows:

James R. Christie, Esq.
P.O. Box 2922
Clarksburg, WV 26302-2922

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices, pleadings and papers referred to above and in Rule 2002, but also includes, without limitation, all orders, notices, applications, schedulings, motions, petitions, pleadings, requests complaints, demands, replies answers schedules of liabilities or assets, statements of affairs, plans of reorganization and disclosure statements whether formal or informal, written or oral, whether transmitted by mail, delivery, telephone, telecopier, facsimile, email or otherwise.

Case 2:06-bk-00453    Doc 61    Filed 07/24/06    Entered 07/24/06 14:05:33    Desc Main
Document    Page 1 of 3

This Notice of Appearance and Request for Service of Papers is not (i) a waiver or release of the Creditor's rights against any person, entity or property, (ii) a Consent by the Creditor to the jurisdiction of this Court with respect to this case or other cases, if any commenced in the case against or otherwise involving the Creditor, (iii) a waiver or release of the Creditor's right to trial as to any and all matters triable herein or in other matters or proceedings, if any, commenced in the case against or otherwise involving the Creditor, or in any case, controversy, or proceeding related hereto, whether the same be designated legal or private rights and notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. 157(b)(2), and whether such jury trial is pursuant to statute or the United States Constitution, (iv) a waiver or release of the Creditor's right to have any and all final orders in any and all non-core matters or proceedings entered only after *de novo* review by a United States District Court Judge, or (v) a wavier of the right to move to withdraw the reference in any proceeding in this case which may be commenced against or otherwise involving the Creditor.

Dated this 21st day of July, 2006.

> GERALD W. RAMSBURG
> CHARLES R. HOWDERSHELT
>
> By Counsel

JAMES R. CHRISTIE (Bar #0721)
P.O. Box 2922
Clarksburg, WV 26302-2922
304.842.6214

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **UNITED ENERGY COAL, INC.** | ) | Case No. 06-00453 |
| | ) | |
| Debtor. | ) | Honorable Patrick M. Flatley |

## CERTIFICATE OF SERVICE

I, James R. Christie, do hereby certify that the foregoing Notice of Appearance was served upon the following by First Class United States Mail, postage prepaid on this the 21st day of July, 2006:

1. United Energy Coal, Inc.
   32 Enterprise Drive
   Oakland, MD 21550

2. David A. Hoyer, Esq.
   Hoyer, Hoyer & Smith, PLLC
   22 Capitol St.
   Charleston, WV 25301

3. United States Trustee
   2025 United States Courthouse
   300 Virginia Street East
   Charleston, WV 25301

4. Debra A. Wertman
   U.S. Trustee's Office
   300 Virginia Street East
   Charleston, WV 25301

_____
JAMES R. CHRISTIE

Case 2:06-bk-00453    Doc 61    Filed 07/24/06    Entered 07/24/06 14:05:33    Desc Main
Document      Page 3 of 3